11th Circuit Court Case Number: 24-13451

IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

SAMUEL LEE SMITH, JR.
Appella

nt, v.

STUART PERKINS, et al
Appellees.
_____/

Appeal from the United States District Court for the Southern District of Florida

Case No. **1:24-cv-21548-MD**

**APPELLANT'S APPENDIX TO OPENING BRIEF**

**SAMUEL LEE SMITH, JR.**
**Appellant Pro se**
16614 SW 99 Court
Miami, Florida 33157
Tel. 305-975-1964
Email **gymsam7@gmail.com**

# TABLE OF CONTENTS

| | |
|---|---:|
| Table of Contents | 002 |
| Docket | 003 |
| Complaint | 005 |
| June 6, 2024 Order Dismissing Case Without Prejudice | 010 |
| July 24, 2024 Order Dismissing Case With Prejudice | 013 |
| Notice of Appeal | 014 |
| Certificate of Service | 016 |

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:24-cv-21548-MD

Smith v. Perkins et al  
Assigned to: Judge Melissa Damian  
Case in other court: USCA, 24-13451-C  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/23/2024  
Date Terminated: 07/24/2024  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**  
**Samuel Lee Smith, Jr.**                represented by   **Samuel Lee Smith, Jr.**  
16614 SW 99th Court  
Miami, FL 33157  
PRO SE

V.

**Defendant**  
**Stuart Perkins**  
*Miami-Dade Police Officer*

**Defendant**  
**Miami-Dade Police Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2024 | 1 | COMPLAINT FOR VIOLATION OF CIVIL RIGHTS against All Defendants. Filing fees $ 405.00. IFP Filed, filed by Samuel Lee Smith, Jr. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(ar24) (Entered: 04/24/2024) |
| 04/23/2024 | 2 | Clerks Notice of Judge Assignment to Judge Melissa Damian.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia O. Valle is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ar24) (Entered: 04/24/2024) |
| 04/23/2024 | 3 | MOTION for Leave to Proceed in forma pauperis by Samuel Lee Smith, Jr. (ar24) (Entered: 04/24/2024) |

| 04/23/2024 | 4 | MOTION for Referral to Volunteer Attorney Program by Samuel Lee Smith, Jr. (ar24) (Entered: 04/24/2024) |
|---|---|---|
| 06/20/2024 | 5 | ORDER DISMISSING CASE WITHOUT PREJUDICE re 1 Complaint filed by Samuel Lee Smith, Jr. Signed by Judge Melissa Damian on 6/20/2024. *See attached document for full details.* (mee) (Entered: 06/20/2024) |
| 07/24/2024 | 6 | ORDER DISMISSING CASE WITH PREJUDICE. Closing Case. Signed by Judge Melissa Damian on 7/24/2024. *See attached document for full details.* (nwn) (Entered: 07/24/2024) |
| 08/05/2024 | 7 | Notice of Appeal re 6 Order Dismissing/Closing Case by Samuel Lee Smith, Jr. Filing Fee: Not Paid. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Attachments: # 1 Exhibit 1)(jgo) (Main Document 7 replaced on 8/5/2024) (jgo). (Attachment 1 replaced on 8/5/2024) (jgo). (Entered: 08/05/2024) |
| 08/05/2024 | | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet to US Court of Appeals for the Federal Circuit re 7 Notice of Appeal. Notice has been electronically mailed. (jgo) (Entered: 08/05/2024) |
| 08/05/2024 | 8 | MOTION for Leave to Appeal in forma pauperis construed from Plaintiff's "United States Court of Appeals for the Federal Circuit: Motion and Declaration for Leave to Proceed in Forma Pauperis" by Samuel Lee Smith, Jr. (jgo) (Entered: 08/05/2024) |
| 08/07/2024 | 9 | Acknowledgment of Receipt of NOA from USCA for the Federal Circuit re 7 Notice of Appeal, filed by Samuel Lee Smith, Jr.. Date received by USCA for the Federal Circuit: 08/07/2024. USCA for the Federal Circuit Case Number: 2024-2175. (jgo) (Entered: 08/07/2024) |
| 08/20/2024 | 10 | ORDER granting 8 PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS. Signed by Judge Melissa Damian on 8/20/2024. *See attached document for full details.* (nwn) (Entered: 08/20/2024) |
| 10/23/2024 | 11 | Acknowledgment of Receipt of NOA from USCA re 7 Notice of Appeal, filed by Samuel Lee Smith, Jr.. Date received by USCA: 10/23/2024. USCA Case Number: 24-13451-C. (Attachments: # 1 Federal Circuit Transfer Letter to the Eleventh Circuit)(jgo) (Entered: 10/23/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2025 07:16:22 | | | |
| **PACER Login:** | leehgross | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-21548-MD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

SAMUEL LEE SMITH JR
_____
*Plaintiff/Petitioner*

v.

Stuart Perkins
_____
*Defendant/Respondent*

Civil Action No. _____

FILED BY _____ D.C.
APR 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____    Date: 4/23/24

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ unemployed | $ — | $ 0 | $ — |
| Self-employment | $ unemployed | $ — | $ 0 | $ — |
| Income from real property *(such as rental income)* | $ 0 | $ — | $ 0 | $ — |
| Interest and dividends | $ 0 | $ — | $ 0 | $ — |
| Gifts | $ 0 | $ — | $ 0 | $ — |
| Alimony | $ 0 | $ — | $ 0 | $ — |
| Child support | $ 0 | $ — | $ 0 | $ — |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ unknown | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | have not had a consistent job in thand not been able to | | $ |
| | work from the mental agmsses of law Enforcement officials | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| U.S Century | checking | $ unknown | $ |
| truist | checkins | $ unknown | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ |
| Other real estate (Value) | $ |
| Motor vehicle #1 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| SAMUEL LEE SMITH III | | 15 |
| | | |
| | | |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?   ☐ Yes   ☐ No<br>Is property insurance included?   ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 45 stolen phone and | $ damage by City of Miami |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ 50.00 week family by food | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments |  |  |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

U.S Government damaged my ability to live

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☑ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☐ No

If yes, how much? $ Unemploye
If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? ☐ Yes ☐ No

If yes, how much? $ UNEMPLOYED
If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

UNEMPLOYED - The damages Mr. Smith suffer from are from Law Enforcement and judges. Mr. Smith has continually been harassed by police officials and sustained injuries. The Perkins also violated Mr. Smith Constitutional Rights. and violated the law and improperly used the law and let ____

13. Identify the city and state of your legal residence.

Your daytime phone number: _____

Your age: _____   Your years of schooling: Bachelors Degree

Last four digits of your social-security number: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21548-CIV-DAMIAN

SAMUEL LEE SMITH, JR.,

  Plaintiff,

v.

STUART PERKINS, *et al.*,

  Defendants.

_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. On April 24, 2024, Plaintiff, Samuel Lee Smith, Jr., filed a Complaint [ECF No. 1] seeking relief based on an incident which allegedly occurred at the "Lawson E. Thomas Court Center" on an unspecified date. Because Plaintiff is proceeding *in forma pauperis* (*see* ECF No. 3), the Complaint is subject to the screening provisions of 28 U.S.C. § 1915(e). *See Taliaferro v. United States*, 677 F. App'x 536, 537 (11th Cir. 2017), (". . . under § 1915(e), district courts have the power to screen complaints filed by all IFP litigants, prisoners and non-prisoners alike.").

Under 18 U.S.C. § 1915(e)(2)(B)(ii), a complaint may be dismissed "if the court determines that the complaint fails to state a claim on which relief may be granted." W*right v. Miranda*, 740 F. App'x 692, 694 (11th Cir. 2018). The standard for determining whether a complaint states a claim upon which relief can be granted is the same under § 1915(e)(2)(B) as it is under Federal Rule of Civil Procedure 12(b)(6). *See Pullen v. Sec'y, Dep't of Corr.*, No. 19-11797-C, 2019 WL 5784952, at *1 (11th Cir. Sept. 4, 2019) (citing *Mitchell v. Farcass*, 112 F.3d 1483, 1489–90 (11th Cir. 1997)).

"*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed." *Rodriguez v. Scott*, 775 F. App'x 599, 602 (11th Cir. 2019) (quoting *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998)). However, a district court is not required to "rewrite an otherwise deficient pleading in order to sustain an action." *Id.* at 603 (quoting *Campbell v. Air Jamaica Ltd.*, 760 F.3d 1165, 1169 (11th Cir. 2014)).

In the Complaint, Plaintiff names Stuart Perkins, a Miami-Dade police officer, and the Miami-Dade Police Department[1] as Defendants. However, Plaintiff's Complaint contains no facts. Instead, the Complaint vaguely claims "VIOLATIONS OF MR. SMITH [sic] CONSTITUTIONAL RIGHTS[,]" "ABUSE OF PROCESS/IMPROPER PROCEDURE[,]" and "VIOLATED MR. SMITH RIGHTS/IMPROPER PROCEDURE BY LAW ENFORCEMENT/RETALIATION." Compl. at 3, 4. As for alleged injuries, the Complaint details "loss of wages, no-career, humiliation, pain and suffering, mental anguish" and pleads for the relief of "JUSTICE TO BE SERVED/COMPESATED [sic] FOR DAMAGES[.]" *Id.* at 5.

A complaint "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678 (citing *Twombly*, 550 U.S. at 570). Here, Plaintiff's Complaint does not contain sufficient factual matter to state a

---

[1] While the Miami-Dade Police Department is named in the caption of the case, it is not included in the "The Defendant(s)" portion of the Complaint.

claim—it contains no factual content at all. Alleging violations of rights, improper procedure, and abuse of process constitutes legal conclusions, but Plaintiff includes no facts to support those conclusions.

The Court therefore finds that Plaintiff has failed to state a claim upon which relief can be granted. 18 U.S.C. § 1915(e). Under § 1915, courts are not permitted to dismiss a complaint without granting a plaintiff the opportunity to amend, unless an amendment would be futile. *Troville v. Venz*, 303 F.3d 1256, 1260 (11th Cir. 2002). The Court does not conclude that amendment here would be futile given that it is not clear what Plaintiff is alleging. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Complaint **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff choose to file an Amended Complaint, he must do so **within thirty (30) days of the date of this order**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 20th day of June, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Samuel Lee Smith, Jr., *Pro se*
      16614 SW 99th Court
      Miami, FL 33157

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21548-CIV-DAMIAN

**SAMUEL LEE SMITH, JR.**,

    Plaintiff,

v.

**STUART PERKINS**, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court *sua sponte* upon an examination of the record. On June 20, 2024, the Court dismissed the case without prejudice, providing Plaintiff thirty (30) days to file an Amended Complaint. [ECF No. 5]. To date, Plaintiff has not filed an Amended Complaint, and the time for doing so has expired. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.[1] The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of July, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Samuel Lee Smith, Jr., pro se
       16614 SW 99th Court
       Miami, FL 33157

---

[1] *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) (explaining that "a District Court may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").

FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

**FILING FEE**
PAID NO
In Forma Pauperis Yes
Angela E. Noble, Clerk

UNITED STATES

SELECT COURT

FILED BY _____ D.C.

AUG 05 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: __24-21548__

Case title being appealed: __Samuel Lee Smith Jr v. Stuart Perkins / Miami Dade Police Department__

Date of final judgment or order being appealed: __7/24/24__

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

SAMUEL LEE SMITH JR

Date: __8/5/24__

Signature: _____

Name: __SAMUEL LEE SMITH JR__

Address: __16614 SW 94 ct__
__Miami, FL 33157__

Phone Number: _____

Email Address: __Gymsam7@gmail.com__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21548-CIV-DAMIAN

SAMUEL LEE SMITH, JR.,

    Plaintiff,

v.

STUART PERKINS, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court *sua sponte* upon an examination of the record. On June 20, 2024, the Court dismissed the case without prejudice, providing Plaintiff thirty (30) days to file an Amended Complaint. [ECF No. 5]. To date, Plaintiff has not filed an Amended Complaint, and the time for doing so has expired. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.[1] The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of July, 2024.

*[signature]*

MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc: Samuel Lee Smith, Jr., pro se
16614 SW 99th Court
Miami, FL 33157

---

[1] *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) (explaining that "a District Court may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").

## CERTIFICATE OF SERVICE

I HERBEY CERTIFY that a correct and rue copy of the foregoing was mailed via US mail to Stuart Perkins, c/o Miami-Dade County Police Department 9105 Northwest 25th Street, Miami, Florida 33172 on February 3, 2025

/s/ Samuel L. Smith
SAMUEL LEE SMITH, JR.
